**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. 08-0082-CG** |
| | * | |
| **VICTOR SAMUEL MAIR** | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on April 24, 2008, a Plea Agreement was entered by Defendant, Victor Samuel Mair, and the United States of America, which Plea Agreement provided, inter alia, that the Defendant, Victor Samuel Mair, would enter a plea of guilty to Count Three of the Indictment filed by the United States Attorney, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1). Victor Samuel Mair also agreed to and confessed to forfeiture of United States currency in the sum of $1,173.00.

**WHEREAS,** the United States Marshals Service property published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for three consecutive weeks on, July 28, August 4 and August 17, 2008, in *The Press- Register*, a daily newspaper of general circulation in the Southern District of Alabama. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** $1,173.00 in United States currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure

32.2(b); and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest in the currency is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

**DONE** and **ORDERED** this 20th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE